# Exhibit A

# SYRACUSE POLICE DEPARTMENT

DATE: 19 MAY 18

| TO: (X) ALL MEMBERS | ( ) OTHER: | [ ] MO # |
| --- | --- | --- |
| ( ) ALL COMMAND OFFICERS | | [ ] TOP # |
| | | [X] PO # 2018-223 |

SUBJECT: TRANSFER

OBJECTIVE: TO INFORM ALL MEMBERS

The following transfer is hereby ordered effective 1200 hrs, Friday, May 18th, 2018:

**P.O. Ahmad Mims** – from the Uniform Bureau, Crime Reduction Team, to the Administration Bureau, Medical Section, Administrative Leave Unit.

The above listed personnel should contact his new commanding officer prior to the effective date of this order to receive specific details regarding his new assignment.

By direction of the Chief of Police.

Joseph L. Cecile
First Deputy Chief of Police

JLC/sei

INDEX: Transfer

Form 10.7 (Rev. 11/86)

CONFIDENTIAL         SYR3072