

**MARY L. D'AGOSTINO**
(315) 565-4550
mdagostino@hancocklaw.com

June 25, 2025

**VIA ELECTRONIC FILING**

Anne M. Nardacci, U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

Re:  *Dixon v. City of Syracuse, et al.*, Civil Action No.: 5:20-CV-381 (DNH/TWD)

Dear District Judge Nardacci,

Our office, in coordination with the Office of the Corporation Counsel, represents Defendants in the above-referenced matter. I write to inform the Court that oral argument in the related appeal was held on June 18, 2025. On June 24, 2025, the Second Circuit issued a decision dismissing the appeal for lack of appellate jurisdiction. A copy of the Court's decision is attached for the Court's reference.

At this time, Defendants are evaluating whether to file a petition for rehearing and/or a petition for rehearing *en banc*. As a result, we presently anticipate that further proceeding before the Second Circuit may follow. We will keep the Court informed of any material developments.

We appreciate the Court's time and attention in connection with this matter.

Respectfully submitted,

HANCOCK ESTABROOK, LLP

Mary L. D'Agostino

MLD/

CC:    all counsel of record (*via electronic filing*)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 19-469, 19-738, 19-1558

Caption [use short title]

Motion for: extension to file a petition for rehearing and/or a petition for rehearing en banc; stay of mandate

Grant v. Lockett, et al

Set forth below precise, complete statement of relief sought:

45-day extension to file a petition for rehearing and/or a petition for rehearing en banc and a stay of the mandate pending decision on rehearing

MOVING PARTY: Damon Lockett, Paul Montalto
[ ] Plaintiff  [✓] Defendant
[ ] Appellant/Petitioner  [ ] Appellee/Respondent

OPPOSING PARTY: Alonzo Grant, Stephanie Grant

MOVING ATTORNEY: Mary D'Agostino
OPPOSING ATTORNEY: Charles Bonner
[name of attorney, with firm, address, phone number and e-mail]

Hancock Estabrook
1800 AXA Tower I, 100 Madison Street, Syracuse NY 13202
(315) 565-4500    mdagostino@hancocklaw.com

Law Offices of Bonner & Bonner
475 Gate 5 Road, Suite 211, Sausalito, CA 94965
(415) 331-3070    cbonner799@aol.com

Court-Judge/Agency appealed from: Hurd, J. (NDNY)

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes [ ] No (explain):_____

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [✓] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [✓] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this Court? [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? [✓] Yes [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No  If yes, enter date: Not applicable.

Signature of Moving Attorney: /s/ Mary D'Agostino   Date: 12/20/2021   Service by: [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev. 12-13)

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT
_____

ALONZO GRANT AND STEPHANIE GRANT,

   *Plaintiffs-Appellees-Cross-Appellants*,

| | |
|---|---|
| v. | Docket Nos. 19-469 (L), 19-1558 (con), and |
| DAMON LOCKETT and PAUL MONTALTO, | 19-738 (XAP). |

   *Defendants-Appellants-Cross-Appellees*.
_____

**DECLARATION IN SUPPORT OF DEFENDANTS-APPELLANTS-CROSS-APPELLEES' MOTION FOR A 45-DAY EXTENSION TO FILE PETITION FOR REHEARING AND/OR PETITION FOR REHEARING *EN BANC* AND A STAY OF THE MANDATE PENDING DECISION ON REHEARING**
_____

   I, **Mary L. D'Agostino, Esq.**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

   1.   I am an associate attorney with the law firm of Hancock Estabrook, LLP. At the time of the parties' briefing and oral argument, I was employed as an Assistant Corporation Counsel in the Office of the Corporation Counsel for the City of Syracuse.

2. I am one of the attorneys that represents Defendants-Appellants-Cross-Appellees, police officer Damon Lockett and police officer Paul Montalto (collectively, "defendants") in connection with the above-referenced appeals.

3. I respectfully make this declaration in support of defendants' motion for a 45-day extension to file a petition for rehearing and/or a petition for rehearing *en banc*. In addition, defendants also seek a stay of the mandate pending the Court's decision on rehearing. This motion is supported by good cause.

4. A panel of this Court affirmed the lower court's October 23, 2018 merits judgment and order, the February 8, 2019 judgment and order, and the April 26, 2019 judgment and order. The panel concluded, *inter alia*, that—despite a number of significant and prejudicial evidentiary errors that occurred during the course of an eleven-day jury trial in the United States District Court of the Northern District of New York—a new trial was unwarranted.

5. The panel's Summary Order and Judgment was issued on December 8, 2021. As a result, pursuant to Rules 35(c) and 40(a)(1) of the Federal Rules of Appellate Procedure, a petition for either panel rehearing or rehearing *en banc* is, therefore, due on December 22, 2021.

6. The present request is being made due to a number of preexisting deadlines, which have and will continue to interfere with the ability to prepare a

{H4612457.2} 2

combined petition for panel rehearing and/or rehearing *en banc*. These pre-exiting deadlines and commitments include, but are not limited to, the following:

a. A brief in opposition to a motion for summary judgment in *City of Syracuse v. State of New York*, which is presently pending in the New York State Court of Claims (Claim No. 127148, Motion M-97538).

b. A reply brief in further support of a motion for summary judgment in *City of Syracuse v. State of New York*, which is presently pending in the New York State Court of Claims (Claim No. 127148, Motion M-97436).

c. Four non-party depositions in connection with *Maddox v. Francemone*, No. 5:19-cv-00678-NAM-ATB (N.D.N.Y., filed 6/6/2019) and *Tennyson v. The City of Syracuse et al*, 5:16-cv-00929-NAM-ATB (N.D.N.Y., filed 7/27/2016).

d. Two party depositions in connection with *Maddox v. Francemone*, No. 5:19-cv-00678-NAM-ATB (N.D.N.Y., filed 6/6/2019) and *Tennyson v. The City of Syracuse et al*, 5:16-cv-00929-NAM-ATB (N.D.N.Y., filed 7/27/2016).

e. One non-party deposition in connection with *Arrindel-Martin v. City of Syracuse et al*, 5:18-cv-00780-GTS-ATB (N.D.N.Y., filed 6/30/2018).

f. One party deposition in connection with *Arrindel-Martin v. City of Syracuse et al*, 5:18-cv-00780-GTS-ATB (N.D.N.Y., filed 6/30/2018).

g. Between four and eight party depositions in connection with *Dixon v. Arrindel-Martin v. City of Syracuse et al*, 5:20-cv-00381-DNH-TWD (N.D.N.Y., filed 04/01/2020).

h. Responding to the complaint in *Hanks v. City of Syracuse et al*, 5:21-cv-00921-GLS-ATB (N.D.N.Y., filed 08/16/2021).

i. Pre-trial motions *in limine* and other pre-trial preparation in connection with *Hicks v. The City of Syracuse et al*, 5:17-cv-00475-TJM-ATB (N.D.N.Y., filed 05/01/2017).

{H4612457.2} 3

    j. Supplemental briefing and oral argument in *Columbus Monument Corporation, et al. v. City of Syracuse, et al*, Index No. 004586/2021 (Sup. Ct., Onondaga County, filed 5/16/2021).

    k. Verified answer and motion to dismiss in *Doe v. Syracuse University*, Index No. 009965/2021 (Sup. Ct., Onondaga County, filed 12/03/2021).

    l. Appellate briefing in *New York Civil Liberties Union v. City of Syracuse et al*, No. CA 21-00796 (App. Div. 4th Dep't, filed 5/28/2021).

7. The foregoing does not include the day-to-day tasks that my co-counsel at the City of Syracuse and I are responsible for, which includes investigation, interviewing party and non-party witnesses, reviewing and complying with subpoenas served upon the City of Syracuse and its municipal arms, reviewing and adjudicating notices of claim, prosecution of administrative violations of the City of Syracuse Code, drafting and responding to discovery demands, and document production.

8. This Court has granted extensions to file petitions for rehearing and/or rehearing *en banc* under a variety of circumstances. *See, e.g.*, *Shaikh v. National Bank of Pakistan*, No. 20-2341 (docketed 07/27/2020) at Dkt. No. 87 (granting an extension to file "any petition for rehearing"); *Bey v. City of New York*, No. 20-650 (docketed 2/20/2020) at Dkt. No. 134 (granting a 45-day extension to file petition for rehearing); *Avon Nursing and Rehabilitation v. Becerra*, No. 19-3953 (docketed 11/29/2019) at Dkt. No. 92 (granting a 45-day extension to file petition for

{H4612457.2}    4

rehearing); *United States v. Vilar*, et al, No. 10-521 (docketed 2/17/2010), at Dkt. No. 543 (granting motion to stay mandate and granting 30-day extension to file petition for rehearing).

9. Defendants have not previously sought an extension of time to file their petition.

10. In accordance with Local Rule 27.1(b), I have contacted plaintiffs' counsel regarding the relief that defendants seek. Though I requested that counsel provide their position by the close of business on December 17, 2021, at the time this filing is made, I have not received a response to my inquiry.

11. Accordingly, defendants respectfully request that the deadline to file a petition for rehearing and/or rehearing *en banc* be extended from December 22, 2021 to February 7, 2022 and that the mandate be stayed pending the outcome of rehearing.

Dated: December 20, 2021
Syracuse, New York

Respectfully submitted,

_____
Mary L. D'Agostino, Esq.

{H4612457.2}                                5